IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN CARR,**                                                                                 **PLAINTIFF**
**#207688**

v.                      Case No. 4:22-cv-00975-KGB-JTK

**SHAQUITA MCFADDEN,** *et al.*                                        **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommendations ("Recommendations") submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. No. 20). Plaintiff Justin Carr has not filed any objections to the Recommendations, and the time for filing objections has passed. After careful consideration, the Court concludes that the Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (*Id.*).

It is therefore ordered that:

1. Defendants Shaquita McFadden, Denise Robinson, Mariah Daniels, Dennis Parker, and Artisha Grant's motion for summary judgment for failure to exhaust administrative remedies is granted (Dkt. No. 16).

2. Mr. Carr's claims against defendants are dismissed without prejudice for failure to exhaust administrative remedies

3. Mr. Carr's complaint is dismissed without prejudice (Dkt. No. 1).

4. The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

5. The Court denies as moot the motion to stay scheduling order (Dkt. No. 21).

So ordered this 20th day of July, 2023.

                                                                _____
                                                                 Kristine G. Baker
                                                                 United States District Judge