IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JUSTIN CARR,**     **PLAINTIFF**
**#207688**

v.     Case No. 4:22-cv-00975-KGB-JTK

**SHAQUITA MCFADDEN,** *et al*.     **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Justin Carr's complaint is dismissed. The relief requested is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 20th day of July, 2023.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge